UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARON COLADONATO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J. CREW GROUP, INC.; J. CREW OPERATING CORP.; J. CREW, INC.; J. CREW INTERNATIONAL, INC.; CHINOS HOLDINGS, INC.; CHINOS INTERMEDIATE HOLDINGS A, INC.; and CHINOS INTERMEDIATE HOLDINGS B, INC.,<br><br>Defendants. | Civil Action No. 1:17-cv-04287<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12-1-2017 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OR COSTS

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, through her undersigned attorneys, and with the consent of counsel for all Defendants, hereby voluntarily dismisses her complaint and this action as to all Defendants, without prejudice and without an award of costs.

Dated: November 21, 2017

DeNITTIS OSEFCHEN PRINCE, P.C.
Attorneys for Plaintiff

BY: _____
Ross H. Schmierer, Esq. (RS-7215)
315 Madison Avenue
Third Floor
New York, NY 10017
Phone: 646-979-3642
Facsimile: (856) 797-9978
*Attorneys for Plaintiff and the Putative Class*

So ordered.
/s/ Denise Cote
12/1/17

## CERTIFICATE OF SERVICE

I, Ross H. Schmierer, of full age certify under penalty of perjury that on this day, I caused to be served, via ECF, on all counsel of record a copy of the within Stipulation of Dismissal without Prejudice.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 21, 2017

Ross H. Schmierer